FILED: January 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2419 (L)
(1:12-cv-01286-MJG)

_____

PPL ENERGYPLUS, LLC; PPL BRUNNER ISLAND, LLC; PPL HOLTWOOD, LLC; PPL MARTINS CREEK, LLC; PPL MONTOUR, LLC; PPL SUSQUEHANNA, LLC; LOWER MOUNT BETHEL ENERGY, LLC; PPL NEW JERSEY SOLAR, LLC; PPL NEW JERSEY BIOGAS, LLC; PPL RENEWABLE ENERGY, LLC; PSEG POWER, LLC; ESSENTIAL POWER, LLC

      Plaintiffs - Appellees

v.

DOUGLAS R.M. NAZARIAN; HAROLD WILLIAMS; LAWRENCE BRENNER; KELLY SPEAKES-BACKMAN; KEVIN HUGHES, CPV MARYLAND, LLC

      Defendants - Appellants

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Rule 32(a)(7) of Federal Rules of Appellate Procedure.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(b).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk